UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH BUCHHOLZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF CALIFORNIA, et al.,<br><br>　　　　Defendants. | No.  2:24-cv-3372 DJC AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 13, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 10.  Neither party filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

　　　　1. The findings and recommendations (ECF No. 10) are adopted in full;

2. The Court declines to extend supplemental jurisdiction over plaintiff's state law claims and the motion to remand this action to state court (ECF No. 7) is GRANTED.

3. The Clerk of the Court is directed to (a) mail a certified copy of the order of remand to the clerk of the Sacramento County Superior Court, and (b) close this case.

IT IS SO ORDERED.

Dated: **February 27, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

AC/df:buch3372.801

2